Economy Pumping Machinery Company, appellant, v. Charles R. Ewing et al., appellees. Gen. No. 34,259.

Heard in the second division of this court for the first district at the April

term, 1930. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Opinion filed December 16, 1930. Rehearing denied December 30, 1930.

John Taylor Booz, for appellant; George L. Turner, of counsel. Gerard M. Ungaro, for appellees; Milton Gordon, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.